■ AHMED ELKOULILY, M.D., P.C., Respondent, v NEW YORK STATE CATHOLIC HEALTHPLAN, INC., Doing Business as FIDELIS

Care New York, et al., Appellants. [57 NYS3d 900]—In an action, inter alia, to recover damages for breach of contract and violation of the Public Health Law, the defendants appeal, as limited by their brief, from so much of an order of the Supreme Court, Nassau County (Driscoll, J.), entered April 6, 2015, as denied those branches of their motion which were pursuant to CPLR 3025 to strike stated portions of the amended verified complaint as exceeding the scope of a court order granting leave to amend the complaint, and pursuant to CPLR 3211 (a) (7) to dismiss the cause of action alleging violation of Public Health Law § 4406-d insofar as asserted against the individual defendants Sanjiv Shah and Patrick Frawley.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

By order entered February 16, 2016, the Supreme Court granted the defendants' motion for summary dismissing the amended complaint in its entirety, and this Court affirmed that order in a companion appeal (see *Ahmed Elkoulily, M.D., P.C. v New York State Catholic Healthplan, Inc.*, 153 AD3d 773 [2017] [decided herewith]). Accordingly, the instant appeal has been rendered academic (see *Maschio v Builders Transp.*, 201 AD2d 627 [1994]). Chambers, J.P., Miller, Hinds-Radix and LaSalle, JJ., concur.